**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-8132**

———————————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

HAZEL L. ROSS,

 Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   J. Michelle Childs, District
Judge.  (7:09-cr-00890-JMC-3)

———————————

Submitted:  March 28, 2013          Decided:  April 2, 2013

———————————

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Hazel L. Ross, Appellant Pro Se.    David Calhoun Stephens,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hazel L. Ross appeals the district court's order denying her second motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ross, No. 7:09-cr-00890-JMC-3 (D.S.C. Nov. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED